No. 3914.—FARINACCI ET AL., apldos., *v.* THE NIAGARA FIRE INSURANCE Co., aplte.—C. D. Ponce. Jun. 22, 1926. Examinados la ''Moción sobre reconsideración,'' el escrito de oposición a la misma, así como las declaraciones juradas y certificaciones expedidas por el secretario de la corte de distrito, presentadas por ambas partes, y considerando en conjunto los datos adicionales suministrados, los cuales, si bien no demuestran error alguno cometido por esta corte al dictar su resolución de mayo 28 ordenando la desestimación de la apelación, revelan ciertas circunstancias atenuantes y una negligencia más o menos excusable, cambiando así hasta cierto punto el aspecto de abandono que presentaba el caso en la vista anterior, la corte en el ejercicio de su discreción y en bien de la justicia deja sin efecto su resolución de 28 de mayo desestimando la apelación en el presente caso y por la presente declara sin lugar la moción sobre desestimación quedando así restablecido el caso en el calendario de esta corte para los fines procedentes.

No. 3917.—ALFREDO CAMPOS, demandante y apldo., *v.* THE LANCASHIRE INSURANCE Co., demandada y aplte.—Mayo 28, 1926. C. D. Ponce. Examinada la moción de desestimación presentada en este caso y los hechos en relación con la misma, por los motivos consignados en la resolución de la corte que acaba de dictarse en el recurso No. 3914, *Luis Farinacci et al.* v. *The Niagara Fire Insurance Co., se desestima* la apelación interpuesta.

No. 3923.—ANTONIO M. BIRD, representado por su padre con *patria potestad* Antonio M. Bird, apldo., *v.* PORTO RICO RAILWAY, LIGHT & POWER Co., aplte.—C. D. San Juan, Disto. 2º. Memorándum de costas. Jun. 2, 1926. Desestimada la apelación por no haberse presentado la exposición del caso dentro del término legal, no habiendo tampoco el apelante practicado gestión alguna para perfeccionar su apelación.